Order entered November 19, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

___

No. 05-15-01069-CV

___

## IN THE INTEREST OF A.C.M., A MINOR CHILD

___

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-19569-Z

___

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2015, we ordered the trial court to make findings regarding whether appellant is entitled to appointed counsel in this appeal from the order terminating his parental rights. We have received the trial court's order finding appellant is indigent and appointing Stephanie Pond to represent him. Accordingly, we **DIRECT** the Clerk of this Court to list Stephanie Pond as appellant Justin Ray Monroe's attorney of record.

Because appellant is now represented by counsel, we **DENY** his motion to compel the Dallas County District Clerk to send him the clerk's record.

Appellant's brief is due within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties and to appellant Justin Ray Monroe.

/s/     ELIZABETH LANG-MIERS
         PRESIDING JUSTICE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 03 2015

LISA MATZ
CLERK 5th DISTRICT



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.48⁰
0000856274    NOV 19 2015
MAILED FROM ZIP CODE 75201

RTS
Discharged

UTF

CASE: 05-15-01069-CV
JUSTIN RAY MONROE
SANDERS ESTES UNIT
TDCJ # 01856907
1100 HWY 1807
VENUS, TX  76084